**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON**

**UNITED STATES OF AMERICA**

**v.**  CRIMINAL NO. 2:24-cr-00074

**CHARLES HATFIELD**

**MOTION OF THE UNITED STATES TO
SCHEDULE GUILTY PLEA HEARING**

Comes now the United States of America, by Andrew J. Tessman, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

    Respectfully submitted,

    WILLIAM S. THOMPSON
    United States Attorney

By:

    s/Andrew J. Tessman
    ANDREW J. TESSMAN
    Assistant United States Attorney
    WV State Bar No. 13734
    300 Virginia Street, East
    Room 4000
    Charleston, WV  25301
    Telephone:  304-345-2200
    Fax:  304-347-5104
    E-mail: andrew.tessman@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made by virtue of such electronic filing on this 30th day of April, 2024, upon:

    Murdoch Walker, II, Esq.
    Lowther Walker, LLC
    101 Marietta Street, NW, Suite 3650
    Atlanta, GA  30303

    s/Andrew J. Tessman
    ANDREW J. TESSMAN
    Assistant United States Attorney
    WV State Bar No. 13734
    300 Virginia Street, East
    Room 4000
    Charleston, WV  25301
    Telephone:  304-345-2200
    Fax:  304-347-5104
    E-mail: andrew.tessman@usdoj.gov