IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:24-cr-00074

CHARLES HATFIELD,

        Defendant.

**ORDER**

The Court has reviewed the *Joint Motion to Continue Sentencing* (Document 29) filed in this matter. Therein, the Defendant moves the Court to continue the sentencing hearing, currently scheduled for September 12, 2024, for a minimum of 45-days. The Defendant indicates that the United States joins in requesting this continuance.

For reasons appearing to the Court, it is **ORDERED** that the *Joint Motion to Continue Sentencing* (Document 29) be **GRANTED** and that the sentencing hearing be **CONTINUED** until **December 5, 2024, at 1:30 p.m.** The Defendant shall appear at this hearing as a condition of his bond.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

                              ENTER:        September 11, 2024

                              IRENE C. BERGER
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF WEST VIRGINIA