IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  2:24-CR-0074-1 |
| | ) |
| CHARLES HATFIELD | ) |

**JOINT MOTION TO CONTINUE SENTENCING**

Mr. CHARLES HATFIELD, pursuant to Federal Rule of Criminal Procedure 32(b), respectfully moves this Court to continue the sentencing hearing currently scheduled for December 5, 2024, for thirty days.

**I.   Relevant Procedural History**

On May 30, 2024, Mr. Hatfield pleaded guilty to one count of theft or bribery concerning programs receiving government funds in violation of 18 U.S.C. § 666. (Plea Agmnt., ECF No. 16.) On September 11, 2024, this Court set sentencing for December 5, 2024. (Order, ECF No. 33.)

**II.   Factual Assertions**

The parties request a 30-day continuance so that they can complete their respective evaluations and assessments of the sentencing factors outlined in the previous motion to continue filed under seal. Should the Court require further details, both parties are available for a status conference.

1

### III. Memorandum of Law and Argument

A "court must impose a sentence without unnecessary delay." Fed. R. Crim. P. 32(b)(1). However, a "court may, for good cause, change any time limit prescribed in [Federal Rule of Criminal Procedure 32]." Fed. R. Crim. P. 32(b)(2).

### IV. Opposing Party's Position

The Government joins this motion.

### V. Conclusion

Mr. Hatfield, based on the foregoing factual assertions and argument, prays that this Court reschedule the sentencing hearing on December 5, 2024, for no less than thirty days.

Date:        November 27, 2024

        Respectfully submitted,

        **s/ Murdoch Walker II**
        Murdoch Walker II, Esq.
        Ga. Bar # 163417
        mwalker@lowtherwalker.com

        **s/Serguel M. Akiti**
        Serguel M. Akiti, Esq.
        D.C. Bar No. 1631134
        sakiti@lowtherwalker.com

        Lowther | Walker LLC
        101 Marietta St. NW, Ste. 3650
        Atlanta, GA 30303
        404.496.4052
        www.lowtherwalker.com

        **s/ Sean W. Cook**
        Sean W. Cook, Esq.
        W.V. Bar # 616038
        swcook1215@gmail.com

        309 Dolaron Lane
        South Charleston, WV 25309

        Attorneys for Defendant
        Charles Hatfield

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:24-CR-0074-1 |
| | ) |
| CHARLES HATFIELD | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, I electronically filed the foregoing JOINT MOTION TO CONTINUE SENTENCING with the Clerk of the United States District Court for the SOUTHERN DISTRICT OF WEST VIRGINIA by way of the CM/ECF system, which automatically will generate a notice of electronic filing and serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:     November 27, 2024

Respectfully Submitted,

**s/ Sean W. Cook**
Sean W. Cook, Esq.
W.V. Bar # 616038
swcook1215@gmail.com

309 Dolaron Lane
South Charleston, WV 25309

4